FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEIN SPRUIELL, | ) NO. CV 08-972-CJC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| L.E. SCRIBNER, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 15, 2008.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE